HARRY LEFTON et al., Respondents, *v.* JACOB CARNER, Appellant, Impleaded with Another.

(Submitted March 28, 1930; decided April 11, 1930.)

*Joseph P. Tolins* and *I. Henry Kutz* for appellant.
*Forrest S. Chilton* and *Daniel Epstein* for respondents.

Judgment of the Appellate Division and that of the Trial Term reversed and new trial granted, costs to abide the event, on the ground that there was error in the exclusion of defendants' Exhibit A; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.